IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WARREN DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 08-PWG-1646-S |
| | ) |
| HSBC BANK USA, N.A., and TRANSUNION, | ) |
| LLC, a foreign limited liability company, | ) |
| | ) |
| Defendants. | ) |

O R D E R

Counsel for plaintiff Warren Davis and defendants HSBC Bank and Transunion have filed Joint Stipulations of Dismissal. Pursuant to Rule 41(a)(1)(A)(ii), *Federal Rules of Civil Procedure*, it is ORDERED that this action is DISMISSED with prejudice as to defendants HSBC Bank and Transunion, costs taxed as paid. The clerk is DIRECTED to close this action.

As to the foregoing it is SO ORDERED this the 9th day of December 2008.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE