FILED
2009 Mar-05 PM 03:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WARREN DAVIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 08-PWG-1646-S ) |
| SEARS, ROEBUCK AND COMPANY, a foreign corporation; HSBC BANK USA, N.A. and TRANSUNION, LLC, a foreign limited liability company, | ) ) ) ) ) |
| Defendants. | ) |

## CONSENT ORDER

This cause having come before the Court on the Joint Stipulation of Dismissal filed by plaintiff Warren Davis and defendant Citibank (South Dakota), N.A., improperly designated as Sears, Roebuck and Company, and the Court, being advised that plaintiff and Citibank (South Dakota), N.A., agree for a Consent Order to be entered, hereby ORDERS, ADJUDGES and DECREES that the complaint and all claims against Citibank (South Dakota), N.A., are dismissed with prejudice, costs taxed as paid.

As to the foregoing it is SO ORDERED this the 5th day of March, 2009.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE